IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NEXTPAT LIMITED, a Hong Kong corporation, ) ) ) | CIVIL ACTION NO. 1:15-cv-1656 (CMH/IDD) |
| Plaintiff, ) ) | |
| vs. ) ) | |
| MICHELLE K. LEE, ) in her official capacity as Under Secretary of ) Commerce for Intellectual Property and ) Director of the United States Patent and ) Trademark Office, ) ) | |
| Defendant. ) ) | |

## STIPULATION OF DISMISSAL

Plaintiff NEXTPAT LIMITED stipulates to the dismissal of this action. This stipulation is signed by all parties and is made pursuant to Fed. R. Civ. P. 41(1)(A)(ii).

Because the litigation is in its early stages, each party shall bear its own fees and costs.

Respectfully submitted,

*So Ordered*
*Claude M. Hilton*
*USDJ Feb. 26, 2016*

1

| For Plaintiff NEXTPAT Limited | For Defendant MICHELLE K. LEE |
|---|---|
| by ___/s/_____<br>Jeffry H. Nelson<br>NIXON & VANDERHYE P.C.<br>901 N. Glebe Road<br>Arlington, Virginia 22203<br>Tel: (703) 816-4023<br>Fax: (703) 816-4100<br>E-mail: jhn@nixonvan.com<br><br>OF COUNSEL:<br>Willmore F. Holbrow, III<br>James Ahn<br>Blakely Sokoloff Taylor & Zafman LLP<br>12400 Wilshire Blvd. 7th Floor<br>Los Angeles, CA 90025<br><br>Attorneys for Plaintiff | DANA J. BOENTE<br>United States Attorney<br><br>By: ____/s/_____<br>KIMERE J. KIMBALL<br>Assistant United States Attorney<br>2100 Jamieson Ave.<br>Alexandria, VA 22314<br>Telephone: (703) 299- 3763<br>Fax: (703) 299-3983<br>Email: kimere.kimball@usdoj.gov<br><br>OF COUNSEL: Benjamin T. Hickman<br>Meredith H. Schoenfeld<br>Associate Solicitors<br>United States Patent and Trademark Office<br><br>Attorneys for the Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2016, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

_____/s/_____
Jeffry H. Nelson